**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BEVERLY MASSEY MOUNT,
TERESA JOHNSON, SHAQUATAN
NICOLE FLEMMING, QUINEISHA
HYLTON and NATHANIEL
JACKSON,

   Plaintiffs,

v.            Case No: 6:20-cv-2314-RBD-LHP

PULTE HOME COMPANY, LLC and
S&ME, INC.,

   Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PULTE HOME COMPANY, LLC'S UNOPPOSED SHORT-FORM DISCOVERY MOTION TO COMPEL NONPARTY MARVIN C. ZANDERS FUNERAL HOME, INC.'S COMPLIANCE WITH SUBPOENA TO PRODUCE DOCUMENTS (Doc. No. 115)
>
> **FILED:** November 3, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Pulte Home Company, LLC ("PHC") moves to compel non-party, Marvin C. Zanders Funeral Home, Inc. to comply with a subpoena to produce documents, which subpoena was served on Marvin C. Zanders Funeral Home, Inc. on September 14, 2022 and required responsive production by October 6, 2022. Doc. No. 115.   *See also id.* at 7–11 (copy of subpoena and exhibit).   According to the motion, PHC has communicated with Marvin C. Zanders Funeral Home, Inc. representatives on multiple occasions, but the non-party has failed to produce responsive documents.   *Id.* at 3.   So, PHC seeks an Order finding all objections waived, and compelling Marvin C. Zanders Funeral Home, Inc. to produce all documents responsive to the subpoena.   *Id.*

The motion also includes a Local Rule 3.01(g) certification stating that Marvin C. Zanders Funeral Home, Inc.'s representative, Linda Wright, has advised PHC that there is no objection to the entry of a Court Order requiring compliance with the subpoena and production of documents within thirty (30) days.   *Id.*   And Plaintiffs' counsel likewise has indicated no objection to the motion.   *Id.*   Indeed, no timely responses to PHC's motion have been received.   *See* Doc. No. 6 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion).   Thus, the Court deems the motion to be unopposed. *See id.*

Upon review, the Court finds the unopposed motion well taken. Accordingly, PHC's Unopposed Short-Form Discovery Motion to Compel Nonparty Marvin C. Zanders Funeral Home, Inc.'s Compliance with Subpoena to Produce Documents (Doc. No. 115) is **GRANTED**, and it is **ORDERED** as follows:

1. On or before **December 15, 2022**, Nonparty Marvin C. Zanders Funeral Home, Inc. shall fully comply with the Subpoena to Produce Documents. *See* Doc. No. 115, at 7–11.

2. All objections to the production required by the subpoena have been waived. *See Cadle v. GEICO Gen. Ins. Co.*, No. 6:13-cv-1591-Orl-31GJK, 2014 WL 12639859, at *3 (M.D. Fla. Aug. 29, 2014) ("Typically, failure to serve written objections to a subpoena in the time provided by [Rule 45] waives any objections that party may have.").

3. **Failure to comply with this Order may result in sanctions.** *See* Fed. R. Civ. P. 45(f); 37(b)(2).

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2022.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties