**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BEVERLY MASSEY MOUNT,
TERESA JOHNSON, SHAQUATAN
NICOLE FLEMMING, QUINEISHA
HYLTON and NATHANIEL
JACKSON,

  Plaintiffs,

v.            Case No: 6:20-cv-2314-RBD-LHP

PULTE HOME COMPANY, LLC and
S&ME, INC.,

  Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Resolution filed on August 23, 2023 (Doc. 186), indicating that this case has settled as to Pulte Home Company, LLC. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE** as to **Defendant Pulte Home Company, LLC,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate Pulte Home Company, LLC as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 24, 2023.



ROY B. DALTON, JR.
United States District Judge