# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BEVERLY MASSEY MOUNT,
TERESA JOHNSON, SHAQUATAN
NICOLE FLEMMING, QUINEISHA
HYLTON and NATHANIEL
JACKSON,

    Plaintiffs,

v.                                    Case No:   6:20-cv-2314-RBD-LHP

S&ME, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Resolution as to Defendant S&ME, Inc. filed on September 1, 2023 (Doc. 191), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and

hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 1, 2023.

ROY B. DALTON, JR.
United States District Judge